Case 1:14-cv-01871-SHS   Document 7   Filed 04/23/14   Page 1 of 2
04/21/2014 12:04 FAX   5162944019       LawOfficesOfNeilMoldovan                    @006/009
Case 1:14-cv-01871-SHS   Document 6   Filed 04/22/14   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEMPLES SECRET GARDEN, INC. d/b/a   Case No: 1:14-CV-1871 (SHS)
SECRET GARDEN

       Plaintiff,   STIPULATION AND ORDER OF
             SUBSTITUTION OF COUNSEL

   -against-

KOSHER DELIGHT CORP. d/b/a SOMETHING
NEW ON BROADWAY d/b/a KOSHER
DELIGHT, and PHILIP HUBERFELD,
Individually,
       Defendants.
------------------------------------------------------------x

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that WILSON HARVEY BROWNDORF, LLP hereby is substituted in place and in stead of ATTARD & ASSOCIATES as counsel of record for Plaintiff TEMPLES SECRET GARDEN, INC. d/b/a SECRET GARDEN in the above-captioned action.

   PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated:  New York, New York

     April 16, 2014

ATTARD & ASSOCIATES       WILSON HARVEY BROWNDORF, LLP

_____     _____
CYNTHIA ATTARD, ESQ.       AARTI A. SHAH, ESQ.
475 Main Street, Suite 1F       77 Water Street, 8th Floor

Case 1:14-cv-01871-SHS   Document 7   Filed 04/23/14   Page 2 of 2
04/21/2014 12:04 FAX 5162944019      LawOfficesOfNeilMoldovan       ☒007/009
Case 1:14-cv-01871-SHS   Document 6   Filed 04/22/14   Page 2 of 2

Farmingdale, NY 11735
Tel. (516) 506-0994
Fax: (310) 760-8730
E-mail: cvzottand77@gmail.com

*Outgoing Attorneys for Plaintiff Temples Secret Garden, Inc. d/b/a Secret Garden*

New York, NY 10005
Tel: (917) 267-2381
Fax: (646) 413-3205
E-mail: aakals@whitell[...]

*Incoming Attorneys for Plaintiff Temples Secret Garden, Inc. d/b/a Secret Garden*

SO ORDERED: 4/23/14

_____
HON. SIDNEY H. STEIN